

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00232-CV

IN THE MATTER OF H.C.  §  On Appeal from County Court at Law No. 1

§  of Denton County (JV-2017-00916)

§  March 14, 2019

§  Per Curiam

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the amended order of adjudication and disposition is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM